No. 75–5332. Cox, Administratrix v. Dravo Corp. C. A. 3d Cir. Certiorari denied.

No. 75–5337. Zektzer v. Washington. Ct. App. Wash. Certiorari denied.

No. 75–5348. Lazur v. Broad Mountain Club, Inc. Sup. Ct. Pa. Certiorari denied.

No. 75–5357. Rusk, aka Thor v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–5369. Phillips v. United States. C. A. 10th Cir. Certiorari denied.

No. 75–5374. Harris v. United States. C. A. 6th Cir. Certiorari denied.

No. 75–5396. Blevins v. United States. C. A. 9th Cir. Certiorari denied.

No. 75–5411. Johnson v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–5418. Hailey v. Virginia. Sup. Ct. Va. Certiorari denied.

No. 75–5422. Fortune v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–5443. Garcia v. United States. C. A. 9th Cir. Certiorari denied.

No. 75–5447. Mistie v. United States. C. A. 3d Cir. Certiorari denied.